**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**ALIVE et al,**

          **Plaintiff(s),**          **CASE NUMBER: 07-12116
HONORABLE VICTORIA A. ROBERTS**

v.

**FARMINGTON PUBLIC SCHOOLS et al,**

          **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 2, 2008, Magistrate Judge Steven D. Pepe submitted a Report and Recommendation (Doc. #35) recommending that the Court GRANT IN PART Plaintiffs' motion for nominal damages, attorneys' fees, and costs. (Doc. #25). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Plaintiffs' motion **IN PART**.

Defendants must pay: (1) Plaintiff ALIVE $9.00 in nominal damages; (2) Plaintiff A.G. $9.00 in nominal damages; and (3) $24,895.90 in attorneys' fees and costs. Plaintiffs' counsel will determine the amount to give the Thomas More Law Center and the American Center for Law & Justice.

The damages, fees, and costs are payable within 60 days of entry of this Order.

1

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 22, 2008